UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TEXAS DEPARTMENT OF PUBLIC SAFETY,<br><br>*Plaintiff,*<br><br>v.<br><br>DELORIS PHILLIPS,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§   Civil Action No. 3:24-CV-0206-X-BN<br>§<br>§<br>§<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 5). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The motion for leave to remove this lawsuit to federal court by a sanctioned litigant is therefore **DENIED** and this action is **ADMINISTRATIVELY CLOSED**.

**IT IS SO ORDERED** this 11th day of June, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1